# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151865

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

KELLI RAI STAPLETON,
          Defendant-Appellant.

SC:  151865
COA:  326600
Benzie CC:  13-002344-FC

_____/

       On order of the Court, the application for leave to appeal the May 5, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

a0516